**SO ORDERED.**

**SIGNED this 17th day of July, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS AT TOPEKA

| | |
|---|---|
| JERRY GENE GIBBS, xxx-xx-1067 ) | |
| 4210 SW Stratford Rd, Topeka KS 66608 ) | |
| ) | Case No. 12-41365-13 |

## ORDER SUSTAINING MOTION TO MODIFY COMBINED WITH MOTION FOR COMPENSATION

The debtor's motion is presented to the Court. The debtor appears by counsel. The trustee appears in person. Other appearances, if any, are noted of record. The Court finds:

1. The debtor has moved to modify the Plan by:

    a. Allowing the debtor to redeem the 2000 Pontiac Grand Am, VIN 1G2NF52E6YM724617, by paying Speedy Cash $703.00 directly outside the Plan;

    b. Eliminating Chapter 13 Plan distributions to Speedy Cash;

    c. Modifying Speedy Cash's claim by allowing it as a secured claim in the amount already paid through the Plan, and

    d. Paying additional attorney fees of $272.00 (includes $22.00 for postage and processing) through the Chapter 13 Plan to Harper Law Office for work relating only

to this issue. Fees previously awarded in this case have been consumed by legal work already performed.

2. Notice has been given in the time and manner provided by law;

3. No objections have been filed and the time for doing so has expired;

4. The motion should be granted.

5. Upon payment of the $703.00 to Speedy Cash, Speedy Cash shall release its lien on the vehicle. If the lien is not released within 14 days of payment, this Order shall act as a release of lien.

###

Approved:

/s/ John P. Harper
JOHN P. HARPER, KSCN 21596
harper@harperlawks.com
HARPER LAW OFFICE
214 SW 6th, Suite 206 - P.O. Box 2686
Topeka, KS 66601-2686
Tel 785/354-8188-Fax 785/232-4159
Attorney for Debtor(s)

/s/ Jan Hamilton
JAN HAMILTON, KSCN 08163
P.O. Box 3527
Topeka, KS 66601-3527
Tel: 785-234-1551- Fax: 785-234-0537
jan.hamilton@topeka13trustee.com
Chapter 13 Trustee